# United States District Court

## EASTERN DISTRICT OF TEXAS
## TEXARKANA  DIVISION

UNITED STATES OF AMERICA     §
§
V.                       §         CASE NO. 5:17CR6
§
RHASHEEM JAMAL GORDON     §

## ORDER ADOPTING
## THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

      The above-styled matter was referred to the Honorable Barry Bryant, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure.  Judge Bryant conducted a hearing on July 6, 2017  in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation (document # 36).   Judge Bryant recommended that the Court accept Defendant's guilty plea and conditionally approve the plea agreement.  He  further recommended that the Court finally adjudge Defendant as guilty of  Count 1 of the Information which charges a violation of 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Cocaine.

      All parties waived objections  to the Magistrate Judge's  findings.   The Court is of the opinion that the Report and Recommendation should be accepted.  It is accordingly  **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (document #36) is **ADOPTED.** It is further

      **ORDERED** that the Defendant's guilty plea is accepted and approved by the Court.  Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report. It is finally

**ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the Defendant **GUILTY** of Count 1  of the Information in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against the Defendant as to Count 1  of the Information.

**So ORDERED and SIGNED this 7th day of July, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE